# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 04-31377 |
| Roberts, Patricia A. | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Saks Fifth Ave | 0006 | 0019 | Unclaimed | 688600 | $ 12.05 |

Dated: September 9, 2009

       /s/Carl L. Bekofske  
Carl L. Bekofske,  
Standing Chapter 13 Trustee  
510 W. Court Street  
Flint, MI 48503  
Telephone: (810) 238-4675  
Fax: (810) 238-4712  
Email: ECF@flint13.com